Case Name: Paula Gomez v. Mister Cangrejo, et. al.    Case Number: 23-CV-4896 (NRM)(TAM)

# CASE MANAGEMENT WORKSHEET

## Preparation for Initial Conference

| | |
|---|---|
| Rule 26(f) conference held? | Date: Oct. 19, 2023 |
| Deadline for Rule 26(a) initial disclosures and any HIPAA-compliant records authorizations: | |
| Procedures discussed for producing Electronically Stored Information (ESI)? | Yes [X]   No [ ]   N/A |
| Confidentiality Order to be submitted for Court approval? | Yes [ ]   No [X]   N/A |
| Anticipated number of depositions: | Plaintiff(s): 1-2<br>Defendant(s): 1 |
| First requests for production of documents and for interrogatories due by: | Nov. 20, 2023 |

## Proposed Deadlines for Pre-Settlement Discovery (Phase I)

| | |
|---|---|
| Agreed upon completion date for Phase I Discovery:<br>(Reciprocal agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.) | Dec. 29, 2023 |
| Date for pre-settlement status conference with counsel:<br>(Proposed date to report the parties' preparedness for mediation or a settlement conference. Presumptively 10-15 days after the completion of Phase I Discovery.) | Jan. 12, 2024 |

## Proposed Deadlines for Discovery and Motion Practice (Phase II)

| | |
|---|---|
| Deadline to join new parties or amend pleadings as of right:<br>(Presumptively 15 days after initial settlement conference) | Feb. 5, 2024 |
| All fact discovery completed by:<br>(Presumptively 3.5 months after first requests for documents/interrogatories) | Mar. 5, 2024 |
| Joint status report certifying close of fact discovery: | Mar. 15, 2024 |
| Anticipated number of expert reports: | Plaintiff(s): n/a<br>Defendant(s): n/a |

| | |
|---|---|
| Exchange of expert disclosures completed by: (Presumptively 30 days after fact discovery) | n/a |
| Expert depositions completed by: (Presumptively 30 days after initial expert disclosures) | n/a |
| Exchange of rebuttal expert reports by: (Presumptively 30–45 days after initial expert disclosures) | n/a |
| All expert discovery completed by: | n/a |
| CERTIFICATION OF THE COMPLETION OF ALL DISCOVERY BY: (Presumptively 9 months after Initial Conference) | July 30, 2024 |
| Final date to take first step in dispositive motion practice: (Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days after completion of all discovery.) | Aug. 30, 2024 |
| Do the parties wish to be referred to EDNY's mediation program pursuant to Local Rule 83.8? | Yes [X]   No [ ] |
| Do the parties consent to trial before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)? (The fillable consent form may be found at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. Consenting does not affect a party's right to a jury trial.) | Yes [ ]   No [X] |

SO ORDERED:

_____
TARYN A. MERKL
United States Magistrate Judge

_____
DATE