# EXHIBIT B

# Activities Export

04/22/2024
12:56 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 06/05/2023 | 🕒 | Conference with Hugo (Paralegal) re: Client.<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | joshua epstein | 0.50h | $450.00 | - | $225.00 |
| 06/05/2023 | 🕒 | Diligence Defendant.<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | joshua epstein | 0.50h | $450.00 | - | $225.00 |
| 06/05/2023 | 🕒 | Email paralegal r.e. client intake<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 06/05/2023 | 🕒 | Draft FLSA Complaint<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 3.75h | $350.00 | - | $1,312.50 |
| 06/20/2023 | 🕒 | Email paralegal r.e. client intake<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 06/26/2023 | 🕒 | Research defendants, attn. to prior filed actions<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 1.25h | $350.00 | - | $437.50 |
| 06/26/2023 | 🕒 | Research defendants, attn. to service of process<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 1.25h | $350.00 | - | $437.50 |
| 06/28/2023 | 🕒 | Attn. to Complaint.<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | joshua epstein | 0.75h | $450.00 | - | $337.50 |
| 06/29/2023 | 🕒 | Drafting pleadings and starting a new civil matter.<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Alexis Abrego | 1.00h | $50.00 | - | $50.00 |
| | | | | | | | $0.00<br>0.00h | $11,293.60<br>29.34h |

# Activities Export

04/22/2024
12:56 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 06/29/2023 | $ | Filing Fee<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Alexis Abrego | 1.00 | $402.00 | - | $402.00 |
| 06/30/2023 | 🕒 | Email to Preferred Process servers.<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Alexis Abrego | 0.06h | $50.00 | - | $3.00 |
| 07/19/2023 | 🕒 | Organizing and filing affidavits of service from Preferred Process.<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Alexis Abrego | 0.25h | $50.00 | - | $12.50 |
| 07/19/2023 | $ | Preferred process invoice.<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Alexis Abrego | 1.00 | $182.60 | - | $182.60 |
| 07/19/2023 | 🕒 | Conference with Alexis re: Service and Invoices.<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | joshua epstein | 0.25h | $450.00 | - | $112.50 |
| 07/19/2023 | 🕒 | Review Summonses.<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | joshua epstein | 0.73h | $450.00 | - | $328.50 |
| 07/20/2023 | 🕒 | Conference with the Hugo re: Conference with Client.<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | joshua epstein | 0.25h | $450.00 | - | $112.50 |
| 08/02/2023 | 🕒 | Email opp. counsel<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 08/10/2023 | 🕒 | Attn. to Motion to Extend.<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | joshua epstein | 0.25h | $450.00 | - | $112.50 |
|  |  |  |  |  |  |  | $0.00<br>0.00h | $11,293.60<br>29.34h |

# Activities Export

04/22/2024
12:56 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 08/10/2023 | 🕐 | Email opp. counsel<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 08/10/2023 | 🕐 | Email opp. counsel<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 08/10/2023 | 🕐 | Email opp. counsel<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 09/06/2023 | 🕐 | Review Answer.<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | joshua epstein | 0.25h | $450.00 | - | $112.50 |
| 10/16/2023 | 🕐 | Email opp. counsel<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 10/16/2023 | 🕐 | Email opp. counsel<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 10/19/2023 | 🕐 | Email opp. counsel<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 10/20/2023 | 🕐 | Email opp. counsel<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 10/30/2023 | 🕐 | Email opp. counsel<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| | | | | | | | $0.00<br>0.00h | $11,293.60<br>29.34h |

# Activities Export

04/22/2024
12:56 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/30/2023 | 🕒 | Email opp. counsel<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo<br>Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 10/30/2023 | 🕒 | Draft damages computation<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo<br>Corp. et al [23-cv-04896] | Jason Mizrahi | 1.25h | $350.00 | - | $437.50 |
| 11/06/2023 | 🕒 | Email paralegal regarding discovery<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo<br>Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 11/06/2023 | 🕒 | Review defendants' discovery requests<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo<br>Corp. et al [23-cv-04896] | Jason Mizrahi | 1.25h | $350.00 | - | $437.50 |
| 11/09/2023 | 🕒 | Email opp. counsel r.e. mediation<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo<br>Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 11/13/2023 | 🕒 | Email opp. counsel & mediator r.e. mediation<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo<br>Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 11/13/2023 | 🕒 | Email mediator r.e. mediation<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo<br>Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 11/13/2023 | 🕒 | Email opp. counsel r.e. mediation<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo<br>Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 11/14/2023 | 🕒 | Email opp. counsel r.e. mediation<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo<br>Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |

|  |  |  |  |  |  |  | $0.00<br>0.00h | $11,293.60<br>29.34h |

# Activities Export

04/22/2024
12:56 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/14/2023 | 🕐 | Email mediator r.e. mediation<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 11/15/2023 | 🕐 | Email mediator r.e. mediation<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 11/20/2023 | 🕐 | Email opp. counsel r.e. discovery<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 11/20/2023 | 🕐 | Draft discovery requests<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 3.75h | $350.00 | - | $1,312.50 |
| 01/09/2024 | 🕐 | Attn. to Client Inquiry.<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | joshua epstein | 0.10h | $450.00 | - | $45.00 |
| 01/09/2024 | 🕐 | Draft mediation statement<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 2.25h | $350.00 | - | $787.50 |
| 01/16/2024 | $ | Mediation Fee<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 1.00 | $425.00 | - | $425.00 |
| 01/16/2024 | 🕐 | Review Mediator Invoice.<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | joshua epstein | 0.25h | $450.00 | - | $112.50 |
| 01/23/2024 | 🕐 | Email opp. counsel r.e. mediation<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| | | | | | | | $0.00<br>0.00h | $11,293.60<br>29.34h |

# Activities Export

04/22/2024
12:56 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 02/14/2024 | 🕐 | Email opp. counsel r.e. settlement<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 02/15/2024 | 🕐 | Email opp. counsel r.e. settlement<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 02/24/2024 | 🕐 | Email co-counsel r.e. mediation invoice<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 02/24/2024 | 🕐 | Email mediator r.e. mediation invoice<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 02/26/2024 | 🕐 | Attn. to Status Letter.<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | joshua epstein | 0.25h | $450.00 | - | $112.50 |
| 02/26/2024 | 🕐 | Email opp. counsel r.e. letter to chambers<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 02/26/2024 | 🕐 | Draft letter to chambers<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 1.00h | $350.00 | - | $350.00 |
| 03/12/2024 | 🕐 | Email opp. counsel r.e. settlement<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 03/28/2024 | 🕐 | Email opp. counsel r.e. letter to chambers<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| | | | | | | | $0.00<br>0.00h | $11,293.60<br>29.34h |

# Activities Export

04/22/2024
12:56 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 03/28/2024 | 🕐 | Draft letter to chambers<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 1.00h | $350.00 | - | $350.00 |
| 04/02/2024 | 🕐 | Draft Cheeks letter<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 1.00h | $350.00 | - | $350.00 |
| 04/02/2024 | 🕐 | Draft Settlement Agreement<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 2.25h | $350.00 | - | $787.50 |
| 04/02/2024 | 🕐 | Email opp. counsel Cheeks Letter & Settlement Agreement<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 04/15/2024 | 🕐 | Email opp. counsel Cheeks Letter & Settlement Agreement<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 04/15/2024 | 🕐 | Email opp. counsel Cheeks Letter & Settlement Agreement<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 04/16/2024 | 🕐 | Email opp. counsel Cheeks Letter & Settlement Agreement<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 04/16/2024 | 🕐 | Email opp. counsel Cheeks Letter & Settlement Agreement<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 04/16/2024 | 🕐 | Phone call with opp. counsel r.e. Cheeks Letter & Settlement Agreement | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |

|  |  |  |  |  |  |  | $0.00<br>0.00h | $11,293.60<br>29.34h |

# Activities Export

04/22/2024
12:56 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Unbilled | | | | | | |
| 04/17/2024 | 🕐 | Email opp. counsel r.e. Cheeks Letter & Settlement Agreement<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 04/19/2024 | 🕐 | Email opp. counsel r.e. Cheeks Letter & Settlement Agreement<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 04/22/2024 | 🕐 | Email opp. counsel r.e. Cheeks Letter & Settlement Agreement<br>● Unbilled | 00784-Gomez<br>Gomez v. Mister Cangrejo Corp. et al [23-cv-04896] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| | | | | | | | **$0.00**<br>0.00h | **$11,293.60**<br>29.34h |