# EXHIBIT C

An official website of the United States government. Here's how you know. ⌄                                         Log in to PACER Systems →

| | |
|---|---|
| **Account Number** | 4195686 |
| **Username** | Jlevinepstein |
| **Account Balance** | $0.00 |
| **Case Search Status** | Active |
| **Account Type** | Upgraded PACER Account |

## Pay Filing Fee for New York Eastern District Court

*\* Required Information*

### Payment Amount

| | |
|---|---|
| Amount Due * | **$402.00** |

### Select a Payment Method

○ **VISA** **Payment**
   Joshua D. Levin-Epstein
   XXXXXXXXXXXX3054
   07/2027

○ Enter a credit card

○ Enter an ACH account

**Note: We protect the security of your information during transmission using Secure Sockets Layer (SSL) software, which encrypts information you submit.**

[ Next ]   [ Cancel ]

---

**PACER FAQ**             **Privacy & Security**                       **Contact Us**

This site is maintained by the Administrative Office of          **PACER Service Center**
the U.S. Courts on behalf of the Federal Judiciary.              (800) 676-6856
                                                                  pacer@psc.uscourts.gov

# PREFERRED PROCESS SERVERS INC.

166-06 24th Road, Whitestone, NY 11357

Phone 718-362-4890 -- FAX 718-352-0400
info@ppservers.com

**Due By: 08/18/2023**
Invoice Date: 7/19/2023
Invoice #: 1536039

Attn:
LEVIN EPSTEIN & ASSOCIATES PC
60 EAST 42ND ST., STE#4700
NEW YORK, NY 10165

**TOTAL INVOICE AMOUNT DUE**

**$182.60**

---

Job #: 1536039   Your #: gomez v. mister
Plaintiff: PAULA GOMEZ, ON BEHALF OF HERSELF AND OTHERS
Defendant: MISTER CANGREJO CORP., MISTER CANGREJO NY
Index Number 1:23-CV-04896-NRM-TAM
Documents: Summons in a Civil Action, COMPLAINT, CIVIL COVER

Recipient: MISTER CANGREJO CORP.
Person Served:

Date Received: 7/3/2023
Completed: 7/14/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Standard Service | 1 | $65.00 | $65.00 |
| Advanced Secretary of State Fee | 1 | $40.00 | $40.00 |
| COPIES | 84 | $0.15 | $12.60 |
| | | Job Total Due = | $117.60 |

---

Job #: 1536040   Your #: gomez v. mister
Plaintiff: PAULA GOMEZ, ON BEHALF OF HERSELF AND OTHERS
Defendant: MISTER CANGREJO CORP., MISTER CANGREJO NY
Index Number 1:23-CV-04896-NRM-TAM
Documents: Summons in a Civil Action, COMPLAINT, CIVIL COVER

Recipient: NINFA VACA CAMACHO
Person Served: Hernand Doe
83-17 NORTHERN BLVD., QUEENS, NY 11372

Date Received: 7/3/2023
Completed: 7/5/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Standard Service | 1 | $65.00 | $65.00 |
| | | Job Total Due = | $65.00 |

---

**TOTAL INVOICE CHARGES:**                                  $182.60
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:**                               $182.60

# CAMS
### Comprehensive Arbitration & Mediation Services, Inc.
### 10 Harvest Pointe Lane
### Cutchogue, NY 11935
### (516) 376-2010

*Via e-mail only*

January 16, 2024

Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165

Argilio Rodriguez, Esq.
Rodriguez Law PC
304 Park Avenue South, 11th Floor
New York, NY 10010

**FOR MEDIATION SERVICES:**

Re:   *Gomez v. Mister Congrejo Corp., et ano.*
      USDC EDNY, Case No. 23-cv-04896

Mediation session conducted on January 16, 2024:

Per Local Civil Rule 83.8:

| | |
|---|---:|
| First four hours | $600.00 |
| Additional hour | 250.00 |
| TOTAL | $850.00 |

(NOTE:  Pursuant to Local Civil Rule 83.8, each party is obligated to pay one-half of the mediation fees.  In this case, **each party's share of this invoice is $425.00**

**Please make checks payable to "CAMS" and mail to:**

Michael A. Levy
CAMS                              -or alternatively-         Pay via Zelle at
10 Harvest Pointe Lane                                       (516) 376-2010
(516) 376-2010
Cutchogue, NY 11935